IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GLADIATRIX, LLC, a Florida Limited Liability Company, <br><br> Plaintiff <br><br> v. <br><br> LEON HUNTER, an individual <br><br> Defendant. | Civil Action No.: 9:23-cv-81438 <br><br> JURY TRIAL DEMAND |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, GLADIATRIX, LLC, ("Plaintiff") by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, files this Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint to allow an extension to January 20, 2023, for Defendant, LEON HUNTER, ("Defendant") to file a response to same and in support thereof states as follows:

1. Plaintiff filed its Complaint on or about October 30, 2023. *Dkt. Entry 1.*

2. Defendant was served via substitute service with the Complaint on or about November 1, 2023. *Dkt Entry 6.*

3. Defendant has obtained counsel.

4. On or about November 22, 2023, this Honorable Court granted the Unopposed Motion for Extension of Time allowing Defendant until December 20, 2023 to respond to the Complaint. *Dkt. Entry 8.*

5. Counsel for Plaintiff and Defendant have communicated and are attempting to negotiate the matter but are in need of information housed by a non-party.

6. On or about December 6, 2023, Plaintiff filed an Amended Motion for Expedited Discovery. *Dkt. Entry 11*.

7. The Parties agree that the information requested in the expedited Discovery will assist the Parties to determine the proper path for litigation.

8. Plaintiff has no objection.

9. This motion is made in good faith and not for the purposes of delay.

10. This motion does not prejudice any party.

WHEREFORE, all parties respectfully request the Honorable Court enter an order granting Defendant an extension to file a response by January 20, 2024.

Dated: December 13, 2023     Respectfully submitted,

**THE LOMNITZER LAW FIRM, P.A.**

/s/ Kelly Ann desRosiers
Kelly Ann desRosiers, Esq.
Florida Bar No.: 1017878
Kelly@Lomnitzerlaw.com

/s/Lorri Lomnitzer
Lorri Lomnitzer, Esq.
Florida Bar No.: 37632
Lorri@Lomnitzerlaw.com
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
Fax: (561) 953-3455
*Attorneys for Plaintiff*